*E-Filed 10/3/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WILLIE WEAVER,<br><br>　　　　　Plaintiff. <br>_____/ | No. C 14-3406 RS (PR)<br>No. C 14-3606 RS (PR)<br>No. C 14-3607 RS (PR)<br>No. C 14-3707 RS (PR)<br>No. C 14-3708 RS (PR)<br>No. C 14-3723 RS (PR)<br>No. C 14-3725 RS (PR)<br>No. C 14-3772 RS (PR)<br>No. C 14-3775 RS (PR)<br>No. C 14-3776 RS (PR)<br><br>**ORDER OF DISMISSAL** |

In each of these actions, plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen each action. Any such motion **must** contain (1) a complete IFP application, or (2) full payment for the filing fee of $400.00. In each action, the Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: October 3, 2014

　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　United States District Judge